## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIJANI SUMAILA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00458-JD |
| | ) | |
| STEVE KELLEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

The Court takes judicial notice that Petitioner Tijani Sumaila has been granted voluntary departure as of May 1, 2026. *See* EOIR Automated Case Information for Petitioner Tijani Sumaila, available at https://acis.eoir. justice.gov/en/caseInformation (last accessed May 29, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . ."). Consequently, this 28 U.S.C. § 2241 petition is moot.

For these reasons, the Court DISMISSES Petitioner Tijani Sumaila's habeas action without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 29th day of May 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE